IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:04–cr–00047-002 |
| v. | ORDER |
| LAMONT DARNELL PAYNE *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons discussed in the accompanying Memorandum Opinion, Defendant's Motion to Correct Judgment Order for Clerical Mistake (docket no 1605) is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and to Defendant.

Entered this ___1st___ day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE